

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell NY, 14219
Phone: (877)-344-8205
Fax:    (877)-344-8206
Email: info@pinnaclesolv.com

# WITHDRAWAL OF CLAIM

*United States Bankruptcy Court for the*:
**WESTERN PENNSYLVANIA U.S. Bankruptcy Court - Pittsburgh**

*Debtor Name and Case Number:*
**GINA M HUDEC**
**19-23180**

*Creditor Name and Address:*
**Pinnacle Service Solutions LLC**
**4408 Milestrip Rd, #247**
**Blasdell NY, 14219**

| | |
|---|---|
| Court Claim Number: | **8** |
| Date Claim Filed: | **9/4/2019** |
| Total Amount of Claim Filed: | **$938.40** |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated:  9/17/2019

*[signature: Jordan Winsor]*

**Jordan Winsor**
**Claims Agent**

---

** Please send any bankruptcy or related notices on this account to our attention at the following address:
Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell NY, 14219
Phone: (877)-344-8205
Fax:    (877)-344-8206
Email: info@pinnaclesolv.com
_____

** Information on this account was obtained from the data files received from the assignor and other information such as Bankruptcy Court records.