IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Bankruptcy No. 19-23180 | |
| Gina M. Hudec, : | | |
|       Debtor : | | |
| : | Chapter 13 | |
| Gina M. Hudec, : | | |
|       Movant : | Related to: Document No. 26 | |
| : | | |
|       v. : | | |
| : | | |
| EEG, Inc. & : | | |
| Ronda J. Winnecour, Trustee, : | | |
|       Respondents. : | | |

### ORDER TO PAY TRUSTEE

The above-named Debtor having filed a Chapter 13 petition

**IT IS**, **THEREFORE**, **ORDERED** that until further order of this Court, the entity from whom the Debtor receives income:

> EEG, Inc.
> Attn: Payroll Department
> 396 Pottsville St Clair Highway
> Pottsville, PA 17901

shall deduct from said income the sum of $600.00 bi-weekly (**$1,300.00** per month) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums **ON AT LEAST A MONTHLY BASIS** to:

> **RONDA J. WINNECOUR**
> **CHAPTER 13 TRUSTEE, W.D. PA**
> **P.O. Box 84051**
> **Chicago IL 60689-4002**

**IT IS FURTHER ORDERED** that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

**IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.**

**IT IS FURTHER ORDERED** that this Order supersedes previous Orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

**IT IS FURTHER ORDERED** that the Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.

Employers and other who fail to withhold funds and pay them over to the Trustee as Ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

Dated: October 22, 2019

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
10/22/19 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23180-CMB
Gina M. Hudec                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Oct 22, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.
db        +Gina M. Hudec,   232 Carriage Blvd.,   Pittsburgh, PA 15239-3601
          +EEG, Inc.,   Attn: Payroll Department,   396 Pottsville St Clair Highway,
            Pottsville, PA 17901-3859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:
      Dennis J. Spyra    on behalf of Debtor Gina M. Hudec attorneyspyra@dennisspyra.com,
       deborah@dennisspyra.com;missdebrastone@msn.com
      James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jordan Winsor    info@pinnaclesolv.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                     TOTAL: 8