**Form 132**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

41
agro

In re:                                                              Bankruptcy Case No.: 19−23180−CMB

Chapter: 7

**Gina M. Hudec**
Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

Rosemary C. Crawford is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 5/5/20                                                    **Andrew R. Vara**
                                                                            United States Trustee

                                                                            **Joseph S. Sisca**
                                                                            Assistant United States Trustee
                                                                            Western District of Pennsylvania

---

I Rosemary C. Crawford, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                            Rosemary C. Crawford

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23180-CMB
Gina M. Hudec                                                             Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro            Page 1 of 1            Date Rcvd: May 05, 2020
                            Form ID: 132          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
tr             +Rosemary C. Crawford,    Crawford McDonald, LLC.,    P.O. Box 355,    Allison Park, PA 15101-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
      Dennis J. Spyra    on behalf of Debtor Gina M. Hudec attorneyspyra@dennisspyra.com,
       deborah@dennisspyra.com;missdebrastone@msn.com
      James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jordan Winsor    info@pinnaclesolv.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                          TOTAL: 9