**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GINA M. HUDEC<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-23180<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/13/2019 and confirmed on 09/30/2019. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,800.00 |
| Less Refunds to Debtor | 1,205.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,595.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 984.53 | |
| Trustee Fee | 273.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,257.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 2,498.85 | 0.00 | 0.00 | 0.00 |
| Acct: B228 | | | | |
| PNC BANK NA | 0.00 | 4,834.76 | 0.00 | 4,834.76 |
| Acct: 2583 | | | | |
| PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8031 | | | | |
| PLUM BOROUGH SD (PLUM) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3200 | | | | |
| PNC BANK NA | 79,145.39 | 0.00 | 0.00 | 0.00 |
| Acct: 2583 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 1,819.92 | 0.00 | 0.00 | 0.00 |
| Acct: B228 | | | | |
| UNITED AUTO CREDIT CORP(*) | 5,350.72 | 281.55 | 221.16 | 502.71 |
| Acct: 6541 | | | | |
| | | | | 5,337.47 |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GINA M. HUDEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA ESQ | 3,000.00 | 984.53 | 0.00 | 0.00 |
| Acct: | | | | |
| GINA M. HUDEC | 1,205.00 | 1,205.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,253.53 | 0.00 | 0.00 | 0.00 |
| Acct: 7881 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5512 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5512 | | | | |
| ALLEGHENY RADIOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3DNA | | | | |
| AMERICAN FIRST FINANCE | 337.22 | 0.00 | 0.00 | 0.00 |
| Acct: 7931 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3729 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7EVF | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0383 | | | | |
| DUQUESNE LIGHT COMPANY* | 4,604.89 | 0.00 | 0.00 | 0.00 |
| Acct: 4559 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 427.95 | 0.00 | 0.00 | 0.00 |
| Acct: 8489 | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| PLUM BOROUGH MUNICIPAL AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3039 | | | | |
| PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8352 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0577 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 201.82 | 0.00 | 0.00 | 0.00 |
| Acct: 0756 | | | | |
| LVNV FUNDING LLC | 949.76 | 0.00 | 0.00 | 0.00 |
| Acct: 6428 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0794 | | | | |
| PINNACLE CREDIT SERVICES LLC | 1,994.13 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 414.87 | 0.00 | 0.00 | 0.00 |
| Acct: 2901 | | | | |
| LVNV FUNDING LLC | 5,927.97 | 0.00 | 0.00 | 0.00 |
| Acct: 6463 | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-23180 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PINNACLE SERVICE SOLUTIONS LCC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8068 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 382.48 | 0.00 | 0.00 | 0.00 |
| | Acct: 7234 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC - AGI | 3,981.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 9498 | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                       5,337.47

TOTAL CLAIMED
PRIORITY            0.00
SECURED        88,814.88
UNSECURED      21.475.87

Date: 05/27/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com